UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LARRY MARK POLSKY, on behalf Of Himself and the Class he seeks to represent,<br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. and MONEYGRAM PAYMENT SYSTEMS, INC.<br>　　Defendants,<br><br>v.<br><br>LARRY MARK POLSKY,<br>　　Counter Defendant. | Civil Action No. 1:17-cv-115 |

## ORDER

The Court is in receipt of the parties' Stipulation of Dismissals with Prejudice (Doc. Nos. 5, 6 and 7), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Parties state they are dismissing with prejudice all claims, counter-claims and causes of action against each other. The Parties will bear their own attorneys' fees, costs and expenses. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that all claims and/or counter-claims asserted in the above-captioned cause of action are dismissed with prejudice. The Court further **ORDERS** the Clerk of Court to close this case.

Signed on this 17th day of July, 2017.

Rolando Olvera
United States District Judge